THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Jeron Walker, Appellant.
 
 
 
 
 

Appeal From Jasper County
Perry M. Buckner, Circuit Court Judge

Unpublished Opinion No. 2010-UP-060
 Submitted January 4, 2010  Filed January
28, 2010   

APPEAL DISMISSED

 
 
 
 Appellate Defender Elizabeth A. Franklin-Best,
 of Columbia, for Appellant.
 J. Benjamin Aplin, of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Jeron Walker appeals the revocation of
 his community supervision.  He contends the circuit court abused its discretion
 in revoking his community supervision although he informed the court he had
 worked out a new living arrangement where he would have adequate
 transportation.  After a thorough review of the record and counsel's brief
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Walker's
 appeal and grant counsel's petition to be relieved. 
APPEAL
 DISMISSED.
SHORT, THOMAS,
 and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.